# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Twin City Fire Insurance Company,<br><br>    Plaintiff,<br><br>v.<br><br>DanceIt! Studio LLC, et al.,<br><br>    Defendants. | NO. CV-22-00489-TUC-JGZ<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed February 2, 2024, which granted the Motion for Summary Judgment, judgment is entered in favor of Plaintiff Twin City. Complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

February 2, 2024

By    s/ C. Ortiz
      Deputy Clerk