**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Twin City Fire Insurance Company, | No. CV-22-00489-TUC-JGZ |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| DanceIt! Studio LLC, et al., | |
| Defendants. | |

On February 2, 2024, this Court entered an Order granting Summary Judgement in favor of Plaintiff Twin City Fire Insurance Company. (Doc. 46.) Subsequently, Defendant DanceIt! Studio LLC filed a Motion for Reconsideration. (Doc. 50.) Pursuant to Local Rule 7.2(g)(2), no response to a motion for reconsideration may be filed unless ordered by the Court, but no motion for reconsideration may be granted unless the Court provides an opportunity for response. Accordingly,

**IT IS ORDERED** Plaintiff shall file a response to Defendant's Motion for Reconsideration no later than fourteen (14) days from the date of this order.

Dated this 12th day of March, 2024.

Jennifer G. Zipps
United States District Judge