# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Twin City Fire Insurance Company, | No. CV-22-00489-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| DanceIt! Studio LLC, et al., | |
| Defendants. | |

Having considered the Parties' Stipulation for Dismissal with Prejudice (Doc. 65) and good cause appearing,

**IT IS ORDERED** that this matter is **dismissed with prejudice**. The parties shall bear their own fees and costs. The Clerk of Court shall close its file in this action.

Dated this 10th day of September, 2024.

Jennifer G. Zipps
United States District Judge